AJ Gallo Associates, P.C.
Proposed Attorneys for the Debtor
445 Northern Blvd., Suite 11
Great Neck, New York 11021
(516) 342-5880

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

                                                      Chapter 11

                                                      Case No. 13-11507

In re:

    MORGAN LOFTS, LLC,

                                Debtor,

-------------------------------------------------------------------x

# DECLARATION OF BEN BOBKER, MANAGER OF DEBTOR, PURSUANT TO LOCAL RULE 1007-2

Ben Bobker, declares the following to be true and correct, under the penalty of perjury, pursuant to *28 U. S. C. Sect. 1746*:

1. I am the managing member of Morgan Lofts, LLC, a corporation engaged in the real estate development business. The Debtor is a privately owned business.

2. I am authorized to submit this declaration pursuant to Local Rule 1007-2 of this Court in support of the Debtor's petition for relief under Chapter 11 of the Bankruptcy Code.

3. The debtor was constrained to file an emergency petition requesting relief under Chapter 11 of the bankruptcy Code to stay a Sheriff's sale scheduled for May 8th, 2013 of thirteen (13) condominium units owned by the debtor which units are located at 11 East 36th Street, New York, New York 10016. The Sheriff's sale was schedule by Griffon V, LLC, the holder of a second mortgage and judgment in the amount of $2,889,340.95.

4. The Debtor was formed on April 17th, 2007 and is the owner of thirteen (13) condominium units with an estimated value of $9,700,000.00, and which are located at 11 East 36th Street, New York, N.Y 10016. The units are encumbered by a blanket mortgage and a subordinate mortgage both of which encumber several other units located within the same building. These other units are owned by the Debtor's affiliates', 11 East 36th, LLC and Bay Condos, LLC. Said affiliates are debtors-in-possession under two pending chapter 11 bankruptcy proceeding before this court.

5. The Debtor filed this Chapter 11 proceeding to be afforded an opportunity to propose a plan of reorganization which will propose a sale of units and/or the refinancing of the underlying mortgage debt to be afforded the opportunity to restructure its debt.

INFORMATION REQUIRED BY LOCAL RULE 1007

6. In addition to the foregoing, Local Rule 1007-2 requires certain information related to the Debtor, which is set forth below.

**Local Rule 1007-2 (a) (1)**

7. The Debtor is located at 11 East 36th Street, Suite 1101 New York, NY 10016.

**Local Rule 1007-2 (a) (2)**

8. This case was not originally commenced under Chapter 7 or 13 of Title 11 of the United States Code, *11 U. S. C. Sect. 101, and et seq.* (the "Bankruptcy Code").

**Local Rule 1007-2 (a) (3)**

9. No committee was organized prior to the order for relief in the Chapter 11 case.

**Local Rule 1007-2 (a) (4).**

10. A list of the names and addresses of the Debtor's 20 largest unsecured claims, excluding those who would not be entitled to vote at a creditors' meeting and creditors who are "insiders" as the term is defined in 11 U. S. C. Section 101 (31) are as follows: None Known.

**Local Rule 1007-2 (a) (5)**

11. Five largest secured claims: (i) 11 East 36 Note Buyer, LLC, 114 East 13th Street, FRNT 1, New York, New York 10003; (ii)Griffon V LLC, 114 East 13th Street, FRNT 1, New York, New York 10003 and (iii) Board of Managers of Morgan Lofts Condo, 11 East 36th Street, New York, New York 10016.

**Local Rule 1007-2 (a) (6)**

12. A summary of debtor's assets and liabilities is annexed hereto as **Exhibit "A".**

**Local Rule 1007-2 (a) (7)**

13. There are no publicly held securities of the Debtor.

**Local Rule 1007-2 (a) (8)**

14. The rental income for the units owned by the debtor is presently being collected by 11 East 36 Note Buyer, LLC, first mortgage holder, under an assignment of rents.

**Local Rule 1007-2 (a) (9)**

*15.* The Debtor operates its business from the premises located at 11 East 36th Street Suite 1101 New York, NY 10016.

**Local Rule 1007-2 (a) (10)**

16. The Debtor's primary assets are thirteen (13) condominium units located at 11 East 36th Street New York, NY and the location of its books and records are located at 11 East 36th Street, Suite 1101, New York, N.Y. 10016. No assets are located outside the territory of the United States.

**Local Rule 1007-2 (a) (11)**

17. To the best of my knowledge, information and belief, there are no actions or proceedings pending or threatened against the Debtor or its property, where a judgment against the Debtor or the seizure of its property may be imminent, other than the pending action of Griffon V, LLC, judgment creditor.

**Local Rule 1007-2 (a) (12)**

18. The Debtor's management consists of Eli Bobker, Member, and Ben Bobker, Member.

**Local Rule 1007-2 (b) (1) and (2)**

19. The Debtor does not have any employees.

20. The Debtor's estimated weekly payroll and payments to officers, stockholders, and directors for a thirty (30) day period following the Chapter 11 petition is $0.00

**Local Rule 1007-2 (b) (3)**

21. A schedule, for a thirty (30) day period following the filing of the Chapter 11 petition, net cash gain or loss, obligations and receivables expected to accrue but remaining unpaid, other than professional fees: At this time debtor is unable to furnish such information due to the pending assignment of rents enforced by Griffon V, LLC and 11 East 36 Note Buyer, LLC.

## INFORMATION REQUIRED BY BANKRUPTCY CODE SECTION 1116 (1) (A)

22. At this time debtor is unable to provide a most recent balance sheet due to the pending assignment of rents enforced by Griffon V, LLC and 11 East Note Buyer, LLC.

23. At this time debtor is unable to provide a cash-flow statement due to the pending assignment of rents enforced by Griffon V, LLC and 11 East Note Buyer, LLC.

## CONCLUSION

The Debtor believes that, given the opportunity, it will be able to propose, confirm and consummate a plan of reorganization that will be in the best interests of its estate and all of its creditors.

Executed on May 8th, 2013

/s/ Ben Bobker_____
Ben Bobker, Member

# EXHIBIT "A"

## SUMMARY OF ESTIMATED ASSETS AND LIABILITIES OF MORGAN LOFTS, LLC

ASSETS:

| | |
|---|---|
| Real Estate | $9,700,000.00 |

LIABILITIES:

| | |
|---|---|
| Secured Loans | $13,500,000.00 |
| Unsecured Creditors | $5,000.00 |

Note: The above secured loan is a blanket mortgage and judgment which encumbers numerous other units owned by Debtor's affiliates' within the same building.